COX WOOTTON LERNER
12011 SAN VICENTE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA 90049
TELEPHONE 310-440-0020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

COLDWELL SOLAR 1, LLC, a California limited liability company; COLDWELL SOLAR, INC., a California corporation,

*Plaintiffs*,

vs.

LOGISTICS PLUS, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive,

*Defendant*.

Case No. 2:26-cv-00328-DJC-AC
Hon. Daniel J. Calabretta

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS Plaintiffs COLDWELL SOLAR 1, LLC and COLDWELL SOLAR, INC. and Defendant LOGISTICS PLUS, INC., by and through their attorneys of record, have stipulated to extend the time for Defendant to respond to the Complaint;

WHEREAS the Complaint in this action was filed on February 5, 2026;

WHEREAS Defendant requires additional time to investigate the facts alleged in the Complaint, develop potential dispositive defenses, and prepare a response thereto;

NOW, THEREFORE, the Court finds that good cause exists to extend the time for Defendant LOGISTICS PLUS, INC. to respond to the Complaint.

1

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY ORDERED that Defendant LOGISTICS PLUS, INC. shall file its answer, motion, or other responsive pleading to the Complaint on or before April 27, 2026. IT IS SO ORDERED.


Dated: April 13, 2026                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

COX WOOTTON LERNER
12011 SAN VICENTE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA 90049
TELEPHONE 310-440-0020

2

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT