UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL SOLAR 1, LLC, a California limited liability company; COLDWELL SOLAR, INC., a California corporation, | Case No. 2:26-cv-00328-DJC-AC<br>Hon. Daniel J. Calabretta |
| *Plaintiffs*, | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| LOGISTICS PLUS, INC., a Pennsylvania corporation; and DOES 1 through 20, inclusive, | |
| *Defendant*. | |

WHEREAS Plaintiffs COLDWELL SOLAR 1, LLC and COLDWELL SOLAR, INC. and Defendant LOGISTICS PLUS, INC., by and through their attorneys of record, have entered into a second stipulation to extend the time for Defendant to respond to the Complaint;

WHEREAS the Complaint in this action was filed on February 5, 2026;

WHEREAS the parties have met and conferred regarding Defendant's anticipated Rule 12(b)(3) and 12(b)(6) motions to dismiss, have shared working drafts of those motions, and require additional time to complete their discussions regarding potential voluntary dismissal of the action;

1

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

COX WOOTTON LERNER
12011 SAN VICENTE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA 90049
TELEPHONE 310-440-0020

NOW, THEREFORE, the Court finds that good cause exists to extend the time for Defendant LOGISTICS PLUS, INC. to respond to the Complaint.

IT IS HEREBY ORDERED that Defendant LOGISTICS PLUS, INC. shall file its answer, motion, or other responsive pleading to the Complaint on or before May 11, 2026. IT IS SO ORDERED.

Dated:  April 28, 2026                          /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE

COX WOOTTON LERNER
12011 SAN VICENTE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA 90049
TELEPHONE 310-440-0020

2

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT